# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/10

August 17, 2010

By Hand

The Honorable Richard J. Holwell,
   United States District Court,
      Southern District of New York,
         500 Pearl Street,
           New York, New York 10007.

AUG 17 2010

      Re:   *Grynberg et al. v. BP p.l.c.*, 06 Civ 6494 (RJH) (RLE)

Dear Judge Holwell:

      I am lead counsel for Defendant BP p.l.c. ("BP") in the above-referenced litigation. (Robert Osgood, previous lead counsel for BP, retired at the end of last year.) I write regarding a scheduling matter.

      Yesterday the parties received notice that the Court has scheduled oral argument on BP's pending summary judgment motion for September 14, 2010. This unfortunately poses a conflict for me, as I am scheduled to be in Geneva, Switzerland on September 13-14 for an arbitration hearing scheduled by an arbitration tribunal of the International Chamber of Commerce over a month ago after a considerable amount of coordination among the arbitrators, counsel for the parties to the arbitration (five separate law firms), and expert witnesses. Because of this conflict, I respectfully request an adjournment of the September 14 argument date. I have consulted with counsel for Plaintiffs, who advises that Plaintiffs have no objection to the adjournment.

The Honorable Richard J. Holwell -2-

    I thank the Court for its patience with this matter. I am, of course, available to work with the Court's Deputy Clerk and Plaintiffs' counsel to find a mutually convenient alternative date, if the Court deems that appropriate.

                           Respectfully yours,

                           *[signature]*

                           John L. Hardiman

cc:  Daniel L. Abrams, Esq. (by electronic mail)
   Michael S. Porter, Esq. (by electronic mail)
   David M. Rhodes, Esq.

*[handwritten:]* Argument adjourned to 9/28/10 at 10:30 a.m.

SO ORDERED

*[signature]* RJH

USDJ

8/30/10