USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 27 APR 2011

Daniel L. Abrams (DA 7258)
Law Office of Daniel L. Abrams, PLLC
2 Penn Plaza, Suite 1500
New York, New York 10121
(212) 292-5663
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACK J. GRYNBERG, GRYNBERG PRODUCTION CORP.
(TX), GRYNBERG PRODUCTION CORP. (CO), and
PRICASPIAN DEVELOPMENT CORP. (TX),
Plaintiffs-Appellants,
v.

BP, P.L.C.
Defendant-Appellee.

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiffs Jack J. Grynberg, Grynberg Production Corp. (CO), Grynberg Production Corp. (TX), and Priscaspian Development Corp. (TX), hereby appeal to the United States Court of Appeals for the Second Circuit from the attached Memorandum Opinion and Order of Judge Richard J. Holwell of the Southern District of New York, dated and entered March 30, 2011, to the extent the Opinion and Order granted Defendant's Second Motion for Summary Judgment.

Dated: April 27, 2011

LAW OFFICE OF DANIEL L. ABRAMS, PLLC
By: _____

Daniel L. Abrams (DA 7258)
2 Penn Plaza, Suite 1500
New York, NY 10121
(212) 292-5663