N.Y.S.D. Case #
06-cv-6494(RJH)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 11th day of June, two thousand and twelve.

---

Jack J. Grynberg, Grynberg Production Coropration (Texas), Inc., Grynberg Production Corporation (Colorado), Inc., and Pricaspian Development Corporation (Texas),

*Plaintiffs-Appellants,*

v.

BP, P.L.C., d/b/a BP Corporation North America, Inc.,

*Defendant-Appellee.*

STATEMENT OF COSTS

Docket No. 11-1727

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 11, 2012

---

IT IS HEREBY ORDERED that costs are taxed in the amount of $645.61 in favor of Appellee BP, P.L.C.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit
CERTIFIED COPY ISSUED ON 06/11/2012

DOCKETED AS #12, 1015
A JUDGMENT
ON 6/11/12